O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LESLIE ALLEN STOUT, | ) | CASE NO. CV 11-05776 CJC (RZ) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| M. McDONALD, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 17, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE